[No. 21434–9–I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LAMONT REGINALD BERRYSMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02714–3, John W. Riley, J., entered January 8, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Scholfield, JJ.

[No. 21535–3–I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH ALLAN KELLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03382–8, Frank L. Sullivan, J., entered December 14, 1987. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Forrest, JJ.

[No. 21744–5–I.  Division One.  August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH JAMES DETRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02043–2, Nancy A. Holman, J., entered February 5, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Scholfield, JJ.